# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 2 8 2008
JOHN F. CORCORAN, CLERK
BY /s/ DEPUTY CLERK

United States of America )
v. )
Jamel Rasheed Harris )
) Case No: 4:04CR00009-001
) USM No: 11476-084
Date of Previous Judgment: June 26, 2006 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __147 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __30__   Amended Offense Level: __28__
Criminal History Category: __II__   Criminal History Category: __II__
Previous Guideline Range: __108__ to __135__ months   Amended Guideline Range: __87__ to __108__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

* The sentence is 87 months on Count 1, and 60 months on Count 2, to be served consecutively.

Except as provided above, all provisions of the judgment dated __6/26/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-27-08

Judge's signature: /s/ Jackson L. Kiser

Effective Date: 4/7/2008
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title