CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 2 5 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonooc
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Action No. 4:04-cr-00009** |
| | ) | **Civil Action No. 4:07-cv-80013** |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| | ) | By: Hon. Jackson L. Kiser |
| **JAMEL RASHEED HARRIS.** | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that respondent's Motion to Dismiss shall be and hereby is **GRANTED**; petitioner's Motion to

Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255, is **DENIED**; and this case

shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying

Memorandum Opinion to petitioner and to counsel of record for respondent.

**ENTER:** This 25th day of April, 2008.

Senior United States District Judge